UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

             Plaintiff,

v.

D-1 LAMONT SAPP,

             Defendant

Case: 2:07-cr-20418
Assigned To: Duggan, Patrick J
Referral Judge: Majzoub, Mona K
Filed: 08-23-2007 At 01:17 PM
INDI USA V. LAMONT SAPP (DA)

VIOLATION: 18 U.S.C. §§ 922(u) and 2

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
(18 U.S.C. §922(u) – THEFT FROM A FEDERAL FIREARMS LICENSEE, AIDING AND ABETTING)

D-1, LAMONT SAPP

On or about October 16, 2003, in the Eastern District of Michigan, Southern Division, defendant LAMONT SAPP stole, unlawfully took, and carried away from the premises of a person licensed to engage in the business of dealing in firearms, firearms in the licensee's business inventory that had been shipped in interstate and foreign commerce, and the defendant

aided and abetted another person in doing the same, all in violation of 18 U.S.C. § 922(u) and 2.

THIS IS A TRUE BILL

/s Foreperson
FOREPERSON

Date: August 22, 2007

STEPHEN J. MURPHY
United States Attorney

/s David Portelli
DAVID PORTELLI
Deputy Chief, General Crimes Unit

/s John Freeman
JOHN FREEMAN
Assistant United States Attorney

**United States District Court**
**Eastern District of Michigan**

## Criminal Case Co[ver]

Case: 2:07-cr-20418
Assigned To: Duggan, Patrick J
Referral Judge: Majzoub, Mona K
Filed: 08-23-2007 At 01:17 PM
INDI USA V. LAMONT SAPP (DA)

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to compl[ete]

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| [ ] Yes    [X] No | AUSA's Initials: JF  LF |

Case Title: USA v. LAMONT SAPP
County where offense occurred: Macomb

Check One: [x] Felony      [ ] Misdemeanor      [ ] Petty

[ ]  Indictment____/Information____ **no** prior complaint.
[X]  **Indictment  X  **/Information____ based upon prior complaint [Case number: 03-80964]
[ ]  Indictment____/Information____ based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information:

Superseding to Case No: _____  Judge: _____

[ ] Original case was terminated; no additional charges or defendants.
[ ] Corrects errors; no additional charges or defendants.
[ ] Involves, for plea purposes, different charges or adds counts.
[ ] Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**                                **Charges**

August 22, 2007
Date

~~JOHN FREEMAN~~ Leonid Feller
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-~~9191~~ 9524
Fax: (313) 226-2372
E-Mail address: ~~john.freeman~~@usdoj.gov
leonid.feller

---

[1] Companion cases are matters in which it appears that substantially similar evidence will be offered at trial or the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.